IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-00083 (WLS-TQL-1) |
| | : |
| EDDIE LEE FLOURNAH, JR., | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is a Motion for Continuance (Doc. 30), filed by Defendant on April 25, 2024. Therein, Defendant requests a continuance to the next trial term and to cancel the pretrial conference currently set for May 1, 2024, because Defendant and his Counsel need additional time to review the discovery, prepare a defense, and further discuss about the Government's case in chief. (*Id.*) Defendant also notes that there will be no prejudice to the Government if the Court grants the instant Motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion for Continuance (Doc. 30) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division August 2024 trial term beginning on August 5, 2024, and its conclusion, or as may otherwise be ordered by the Court. Accordingly, the pretrial conference set for May 1, 2024, is **CANCELED**.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 25th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**