IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CASE NO.: 7:23-CR-00083 (WLS-TQL) |
| EDDIE LEE FLOURNAH, JR., | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

On September 3, 2024, the Court held a hearing to address Defendant's Motion to Suppress (Doc. 36). At the conclusion of the evidence, the Court allowed and scheduled the filing of post-hearing briefs. On September 10, 2024, the Court entered an Order (Doc. 42) memorializing the Court's post-hearing briefing schedule, which provided in relevant part:

a. Defendant's initial post-hearing brief is due within twenty-one (21) days after the hearing transcript is made available on the record;

b. The Government's response is due within fourteen (14) days from the date Defendant's brief is filed; and

c. Defendant's reply brief is due within seven (7) days after the filing of the Government's response.

The transcript of the hearing was made available on the Record on Monday, October 7, 2024, (*see* Doc. 43), thus making Defendant's initial post-hearing brief due on Tuesday, October 29, 2024. A review of the docket, however, shows that Defendant did not file a submission or request an extension of the deadline by that date.

Therefore, the Court issues this Order to provide the Government with the opportunity to file a post-hearing brief, notwithstanding Defendant's non-submission. Accordingly, it is hereby **ORDERED** that the Government may file a post-hearing supplemental brief, if it chooses to do so, within fourteen (14) days of the entry of this Order, or **by no later than Monday, November 18, 2024**.

Furthermore, in the event the Government files such a brief, Defendant may file a reply **within seven (7) days** after the filing of the Government's brief. No additional briefs

1

shall be filed without the Court's prior approval. The remainder of the Court's prior Order remains in effect.

    **SO ORDERED**, this 4th day of November 2024.

                                             **/s/ W. Louis Sands**
                                             **W. LOUIS SANDS, SR. JUDGE**
                                             **UNITED STATES DISTRICT COURT**